UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF JAY ANSERSON, JR.
by Special Administrator, Starkeisha DeLaRosa;
J.A. minor child, through her next friend Starkeisha DeLaRosa,

        Plaintiff,        Case No. 2:21-cv-001179

v.

JOPSEH ANTHONY MENSAH, Former Officer with the Wauwatosa
Police Department in his individual and official capacity,
BARRY WEBER, Former Chief of Police with the Wauwatosa
Police Department in his official capacity; and
CITY OF WAUWTOSA, a municipality,

        Defendants.

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of defendants, Joseph Anthony Mensah, Barry Weber, and City of Wauwatosa, by their attorneys, Gunta Law Offices, S.C., and demand that copies of all pleadings and notices of all proceedings subsequent to the date of this notice be served upon us at our offices at Gunta Law Offices, S.C., 9898 West Bluemound Road, Suite 2, Wauwatosa, Wisconsin 53226.

Dated at Wauwatosa, Wisconsin this 17th day of December, 2021.

        GUNTA LAW OFFICES, S.C.
        Attorneys for Defendants

        */s/ Ann C. Wirth*
        Ann C. Wirth (WI State Bar No. 1002469)
        Jasmyne M. Baynard (WI State Bar No. 1099898)
        Kyle R. Moore (WI State Bar No. 1101745)
        Kiley B. Zellner (WI State Bar No. 1056806)
        9898 West Bluemound Road, Suite 2
        Wauwatosa, Wisconsin 53226
        T: (414) 291-7979 / F: (414) 291-7960

Email: acw@guntalaw.com
jmb@guntalaw.com
krm@guntalaw.com
kbz@guntalaw.com