UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

ESTATE OF JAY ANDERSON, JR.
by Special Administrator, Starkeisha DeLaRosa;
J.A. minor child, through her next friend Starkeisha DeLaRosa,

                          Plaintiff,                    Case No. 2:21-cv-1179

v.

CITY OF WAUWATOSA,
OFFICER JOSEPH ANTHONY MENSAH,
in his individual capacity, and
FORMER CHIEF OF POLICE BARRY WEBER,
in his Official capacity,

                          Defendants.
_____

### DEFENDANT JOSEPH MENSAH'S MOTION FOR LIMITED STAY OF DISCOVERY
_____

Defendant, Joseph Mensah, by and through his counsel, Gunta Law Offices, S.C., hereby move the Court for a limited stay a limited stay of discovery to respond to Plaintiffs' discovery directed to Officer Mensah, including producing Officer Mensah for any deposition.

The grounds of this Motion are more fully set forth in the accompanying Brief in Support of Defendant Joseph Mensah's Motion filed herewith.

Dated at Wauwatosa, Wisconsin this 24th day of February 2022.

                                        **GUNTA LAW OFFICES, S.C.**
                                        Attorneys for Defendant

          BY:    */s/ Jasmyne M. Baynard*
                   Gregg J. Gunta, WI Bar No. 1004322
                   Ann C. Wirth, WI Bar No. 1002469
                   Jasmyne M. Baynard, WI Bar No. 1099898
                 Kyle R. Moore, WI Bar No. 1101745
                 Kiley B. Zellner, WI Bar No. 1056806

9898 W. Bluemound Road, Suite 2
Wauwatosa, Wisconsin  53226
T: 414) 291-7979 / F: (414) 291-7960
Emails: gjg@guntalaw.com
acw@guntalaw.com
jmb@guntalaw.com
krm@guntalaw.com
kbz@guntalaw.com